UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    -v.-<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>       Defendant. | 23 Civ. 8870 (JHR)<br><br><u>ORDER</u> |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    -v.-<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A. et al.,<br><br>       Defendants. | 23 Civ. 11128 (JHR)<br><br><u>ORDER</u> |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHATHAM IMPORTS, INC.,<br><br>       Plaintiff,<br><br>    -v.-<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>       Defendant. | 24 Civ. 1902 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

  On April 26, 2024, the parties in the action captioned *Federal Insurance Company v. MSC Mediterranean Shipping Company S.A.*, No. 23 Civ. 8870, filed a joint letter-motion "request[ing] consolidation of two subsequently-filed Southern District of New York actions"—

*Federal Insurance Company v. MSC Mediterranean Shipping Company S.A. et al.*, No. 23 Civ. 11128, and *Chatham Imports, Inc. v. MSC Mediterranean Shipping Company S.A.*, No. 24 Civ. 1902—"with the captioned action to maximize efficiency and conserve judicial and the parties' resources."  ECF No. 24 at 1.  On May 3, 2024, the parties jointly "request[ed] ninety-day extensions of the May 16, 2024 fact discovery deadline and the June 28, 2024 expert discovery deadline[,]" on the ground that "there are prospective overlapping discovery matters common to the three actions which counsel believe can be efficiently addressed in a consolidated format."  ECF No. 25.  On May 17, 2024, the parties filed a joint letter "inform[ing] the Court that they are discussing seeking client authorization to consent for the three actions (if consolidated) to proceed for all purposes before a single magistrate judge in the further interest of judicial and party economy."  ECF No. 26.

Pursuant to Rule 13(b)(3) of the Rules for the Division of Business Among District Judges, Southern District of New York, a case may be "transfer[red] . . . to the judge that . . . has the related case with the lowest docket number."  Having conferred with the Honorable Andrew L. Carter, to whom the two subsequently filed actions were initially assigned, the Court hereby GRANTS the joint application to consolidate 23 Civ. 11128 and 24 Civ. 1902 with the instant action, 23 Civ. 8870.

The parties' joint request for a 90-day extension of the discovery deadlines is GRANTED *nunc pro tunc*.  By **Friday, August 16, 2024**, the parties shall complete fact discovery.  By **Monday, September 30, 2024**, the parties shall complete expert discovery.

Finally, in light of counsel's statement that they may "seek[] client authorization to consent for the three actions (if consolidated) to proceed for all purposes before" the designated Magistrate Judge, ECF No. 26, the Court is attaching the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form: https://www.nysd.uscourts.gov/forms/consent-proceed-

us-magistrate-judge. If all parties so consent, then counsel shall file on ECF a fully executed version of that form. If the parties do so, and the Court so orders the form, then all further proceedings will be conducted before the designated Magistrate Judge rather than before the undersigned. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

    The Clerk of Court is directed to terminate ECF Nos. 24 and 25.

    SO ORDERED.

Dated: May 24, 2024
       New York, New York

                                           JENNIFER H. REARDEN
                                           United States District Judge

# UNITED STATES DISTRICT COURT
## for the

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
                                                            *District Judge's signature*

                                                _____
                                                            *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print        Save As...                                                                                        Reset