USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Insurance Company,<br><br>                  Plaintiff,<br><br>-against-<br><br>MSC Mediterranean Shipping Company S.A.,<br><br>                  Defendant. | 1:23-cv-08870 (JHR) (SDA)<br><br>**ORDER** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Insurance Company,<br><br>                  Plaintiff,<br><br>-against-<br><br>MSC Mediterranean Shipping Company S.A., et al.,<br><br>                  Defendants. | 1:23-cv-11128 (JHR) (SDA)<br><br>**ORDER** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chatham Imports, Inc.,<br><br>                  Plaintiff,<br><br>-against-<br><br>MSC Mediterranean Shipping Company S.A.,<br><br>                  Defendant. | 1:24-cv-01902 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The above-captioned cases, including Civil Case No. 23-CV-08870 (JHR) (SDA) as the Lead Case, have been referred to the undersigned for general pretrial supervision (including

scheduling, discovery, non-dispositive pretrial motions, and settlement). (Order of Ref., ECF No. 28.)  The parties shall file a joint status letter apprising the Court on the status of discovery on July 19, 2024.

**SO ORDERED.**

Dated:     New York, New York
           June 27, 2024

_____
STEWART D. AARON
United States Magistrate Judge